**TIFFANY & BOSCO** P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01138

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-32597-GBN |
| Christopher Mark Fling <br> Debtor. | Chapter 7 |
| JPMorgan Chase Bank, N.A. C/O Chase Home Finance LLC as Servicing Agent <br> Movant, <br> vs. <br> Christopher Mark Fling, Debtor, Maureen Gaughan, Trustee. <br> Respondents. | ORDER <br><br> (Related to Docket #10) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 22, 2008 and recorded in the office of the Maricopa County Recorder wherein JPMorgan Chase Bank, N.A. C/O Chase Home Finance LLC as Servicing Agent is the current beneficiary and Christopher Mark Fling has an interest in, further described as:

> Unit 2075, and their designated Garage, of BELLA MONTE AT DESERT RIDGE, a condominium according to Declaration of Condominium recorded in 2006-0965725 and First Amendment recorded in 2006-1486404, and per map of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 853 of Maps, Page 32 and Affidavit of Change recorded in 2006-1029767.
>
> TOGETHER WITH a proportionate interest in and to the Common Areas, as set forth in said Declaration of Condominium and as shown on said plat.
>
> EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium, or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of court to be peculiarly essential to the production of fissionable materials, whether or not of commercial value as reserved to the State of Arizona in Patent to said land recorded in 2005-1827753.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT