**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05036

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher Mark Fling<br>      Debtor.<br>_____<br>CitiMortgage, Inc.<br>      Movant,<br>  vs.<br><br>Christopher Mark Fling, Debtor, Maureen Gaughan, Trustee.<br><br>      Respondents. | No. 2:09-BK-32597-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #25) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is the subject of a Deed of Trust dated December 13, 2007 and recorded in the office of the Pima County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Christopher Mark Fling has an interest in, further described as:

> Lot 9, Block 2, of Shaheen Estates, according to the Plat of Record in the Office of the County Recorder of Pima County, Arizona, Recorded in Book 12 of Maps, Page 6.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.